Certification of Judgment (AO 451 Rev - DC 9/29/03)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In Re
VITAMINS ANTITRUST CLASS ACTIONS, et al

U. S. DISTRICT COURT - DE
MISC. CASE # 07 - 119

Plaintiff(s)

v.

Civil Action No. 99-mc-00197-TFH

LEAD DEFENDANTS, et al

Defendant(s)

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN ANOTHER DISTRICT

I, NANCY MAYER-WHITTINGTON, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on _____6/29/2005_____, as it appears in the records of this court, and that:

[X] No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

[ ] No notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest order disposing of such a motion having been entered on _____.

[ ] An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on _____.

[ ] An appeal was taken from this judgment and the appeal was dismissed by order entered on _____.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on June 14, 2007.

NANCY MAYER-WHITTINGTON, Clerk

By: *Laura Chipley*
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: VITAMINS ANTITRUST LITIGATION<br><br>ANIMAL SCIENCE PRODUCTS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHINOOK GROUP, LTD., et al.,<br><br>Defendants. | MDL Docket No. 1285<br>Misc. No. 99-197 (TFH) |

### JUDGMENT ON THE VERDICT FOR PLAINTIFFS

WHEREAS, this cause having been tried against Defendants DuCoa, L.P. and DCV, Inc. by the Court and a Jury, before the Honorable Chief Judge Thomas F. Hogan, Judge presiding, and the issues having been duly tried and the Jury having duly entered its verdict for $49,549,234 on June 13, 2003, which is trebled to $148,647,702 pursuant to 15 U.S.C. 15a,

WHEREAS, interest ran on this amount from June 20, 2003 as agreed to by the parties and approved by the Court's Order dated April 19, 2003,

WHEREAS, other defendants in the above-captioned matter have paid previous amounts in settlement of $77,500,000 (BASF – $5 million, Azko Nobel – $7.5 million, UCB – $9 million, Mitsui/Bioproducts – $53 million, and Chinook – $3 million) which are credits against this amount,

WHEREAS, on June 15, 2005, this Court denied Defendant DuCoa, L.P.'s Motion for New Trial and Defendant DCV, Inc.'s Post-Trial Motions for Judgment as a Matter of Law, or In the Alternative, For New Trial,

WHEREAS, on June 15, 2005, this Court denied Defendant DuCoa, L.P. and DCV, Inc.'s

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _____
Deputy Clerk

motions for stay of execution or entry of judgment, and

WHEREAS, DuCoa, L.P. and DCV, Inc. have paid $236,816.08 in partial satisfaction of this amount;

NOW, therefore, pursuant to the verdict, the Court's Orders, and the aforementioned credits and payment,

IT IS ORDERED, ADJUDGED AND DECREED that the CHOLINE CHLORIDE CLASS PLAINTIFFS have and recover of and from defendants DUCOA, L.P. AND DCV, INC., the sum of $70,910,886.92, plus interest running from June 20, 2003.

Dated this 28 day of June 2005

HONORABLE THOMAS F. HOGAN
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA